**Tyrell Davron ANDERSON,**
**Plaintiff—Appellant,**

v.

**WARDEN; Frank C. Sizer, Jr., Commissioner of Corrections; Case Management of Roxbury Correctional Institution; Roderick R. Sowers, Warden, Defendants—Appellees.**

No. 04–6915.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 20, 2004.

Tyrell Davron Anderson, Appellant pro se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland; Joseph Francis Curran, Jr., Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Tyrell Davron Anderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anderson v. Warden*, No. CA–03–3342–AMD (D.Md. May 3, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*